NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1572, -1573

UNITED STATES STEEL CORPORATION,

Plaintiff-Appellant,

and

NUCOR CORPORATION,

Plaintiff-Appellant,

and

GALLATIN STEEL COMPANY, SSAB NORTH AMERICAN DIVISION, STEEL DYNAMICS, INC., and ARCELORMITTAL USA, INC.,

Plaintiffs,

v.

UNITED STATES,

Defendant-Appellee,

and

CORUS STAAL BV,

Defendant-Appellee.

Appeal from the United States Court of International Trade in consolidated case no. 07-00170, Judge Judith M. Barzilay.

ON MOTION

O R D E R

The United States moves without opposition for a 6-day extension of time, until February 11, 2010, for the appellees to file their briefs, and an extension of time, until March 12, 2010, for the appellants to file their reply briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>FEB 0 3 2010</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Alan H. Price, Esq.
      Jeffrey D. Gerrish, Esq.
      Joel D. Kaufman, Esq.
      Claudia Burke, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 0 3 2010

**JAN HORBALY**
**CLERK**

2009-1572, -1573                 2